IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| BOBBIE J. TUMBLESTON JR, | ) | CIVIL ACTION NO: 0:15-cv01775-CMC-PJG |
| Plaintiff, | ) | |
| vs. | ) | **CONSENT MOTION TO DISMISS** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY | ) | |
| Defendant. | ) | |

**GRANTED**

/s/ Paige J. Gossett 8-25-2015
PAIGE J. GOSSETT         DATE
U.S. MAGISTRATE JUDGE

The above named Plaintiff, through his undersigned attorney, respectfully withdraws his complaint and requests this action be dismissed without prejudice.

This request is made because Plaintiff has a pending appeal at the Social Security Administration's Appeals Council. As the Commissioner's action on Plaintiff's appeal may negate the need for this action, Plaintiff requests his Complaint be dismissed without prejudice.

For the reasons stated above, the Plaintiff, Bobbie J. Tumbleston, Jr., respectfully requests his Complaint be dismissed without prejudice.

I SO MOVE.

/s/ David A. Bornhorst
David A. Bornhorst, USDC #5578
2175 Ashley Phosphate Road - Suite F
North Charleston, SC  29406
(843) 764-0100

North Charleston, South Carolina
24th day of August, 2015

DEFENDANT CONSENTS TO DISMISSAL OF THE ABOVE-CAPTIONED ACTION:

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

By /s/ Barbara M. Bowens
Barbara M. Bowens (#4004)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC  29201
(803) 929-3000